FILED

MAY 6 – 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID KIRKBRIDE,<br><br>                    Defendant. | Case No.:  CR 10-0190 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER** |

On April 21, 2010, defendant David Kirkbride appeared before the Court for his initial appearance and arraignment in the above-captioned matter.  Attorney Jonah Chew specially appeared for defense counsel and set the status conference for May 12, 2010.

On May 12, 2010, counsel for defendant Kirkbride has another matter for another client, that involves the schedules of several lawyers, that is impractical to change.  Thus, counsel for defendant Kirkbride is unable to appear before the Court on May 12, 2010.

1

1    Defense counsel and Assistant United States Attorney Acadia Senese jointly agree and

2  stipulate that a continuance of this matter is appropriate given the need for continuity of

3  counsel.

4    THEREFORE, the parties mutually and jointly stipulate that the matter should be

5  continued, based on the need for continuity of counsel.  The parties jointly request that the

6  Court continue the matter until Wednesday, June 9, 2010, at 1:30 p.m.  The parties agree that

7  continuing the case until June 9, 2010, is necessary, given the need to maintain continuity of

8  counsel and that the ends of justice served by continuing the case until June 9, 2010, outweigh

9  the best interests of the public and the defendant in a speedy trial.

10  SO STIPULATED:

11  Dated: May 5, 2010                                    _____/s/_____

12                                                             EDWIN PRATHER
                                                           Attorney for Defendant
13                                                             DAVID KIRKBRIDE

14  Dated: May 5, 2010                                    _____/s/_____

15                                                             ACADIA SENESE
                                                           Assistant United States Attorney

16

17

18                          **[PROPOSED] ORDER**

19    GOOD CAUSE APPEARING, the Court hereby continues this matter to

20  Wednesday, June 5, 2010, at 1:30 p.m. for a status conference.

21  IT IS SO ORDERED.

22

23  Dated: **6 May 2010**

24                                                             BERNARD ZIMMERMAN
                                                           U.S. MAGISTRATE JUDGE
25

STIPULATION AND [PROPOSED] ORDER [Case No.: CR 10-0190 BZ]

2